IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RONALD ARMBRESTER, #265 891, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:20-CV-77-WHA-JTA |
| | ) | |
| CORIZON HEALTH SERVICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on March 16, 2020. Doc. 6. There being no timely objections filed to the Recommendation, and upon an independent review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED that:

1. Plaintiff's complaint against Defendant Alabama Department of Corrections is DISMISSED with prejudice under 28 U.S.C. § 1915A(b)(1);

2. Defendant Alabama Department of Corrections is TERMINATED as a party to this complaint.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment as to Defendant Alabama Department of Corrections pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed and is referred to the United States Magistrate Judge for further proceedings.

Done, this 23rd day of April 2020.

                /s/   W. Harold Albritton
              W. HAROLD ALBRITTON
              SENIOR UNITED STATES DISTRICT JUDGE